```
David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>HITACHI AMERICA, LTD., a New York corporation, PANASONIC CORPORATION OF NORTH AMERICA, a Delaware Corporation, SAMSUNG SEMICONDUCTOR, INC., a California corporation, and TOSHIBA AMERICA, INC., a Delaware corporation,<br><br>　　　　　　　Defendants. | Case No. C 09-01532 PJH<br><br>EX PARTE MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE |

　　Plaintiff Gregory Bender, through counsel, respectfully hereby moves the Court to reschedule the initial case management conference in the captioned case, now scheduled for November 19, 2009, to January 28, 2010, at 2:00 p.m. on the grounds that the plaintiff is in the process of amending the complaint and then serving the amended complaint.

```
Dated: November 17, 2009          _____/S/_____
Piedmont, California        David N. Kuhn, Counsel for Plaintiff
                                  Ex parte motion to reschedule cmc
```

Page 1