David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01532 PJH |
| | ) |
| Plaintiff, | ) ORDER RE: EX PARTE MOTION TO |
| vs. | ) RESCHEDULE INITIAL CASE |
| | ) MANAGEMENT CONFERENCE |
| HITACHI AMERICA, LTD., a New York corporation, PANASONIC CORPORATION OF NORTH AMERICA, a Delaware Corporation, SAMSUNG SEMICONDUCTOR, INC., a California corporation, and TOSHIBA AMERICA, INC., a Delaware corporation, | ) |
| Defendants. | |

   Plaintiff Gregory Bender, through counsel, having moved the Court to reschedule the initial case management conference; and

   Good cause appearing;

   The initial case management conference date is rescheduled to 2:00 p.m. on January 28, 2010.

SO ORDERED. 11/19/09

_____
UNITED STATES DISTRICT JUDGE
Order rescheduling ICMC

*[Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*

Page 1