David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GREGORY BENDER, ) Case No. C 09-01532 PJH
)
               Plaintiff, ) DISMISSAL OF ACTION FOR PATENT
vs. ) INFRINGEMENT
)
HITACHI AMERICA, LTD., a New )
York corporation, PANASONIC )
CORPORATION OF NORTH AMERICA, a )
Delaware Corporation, SAMSUNG )
SEMICONDUCTOR, INC., a
California corporation, and
TOSHIBA AMERICA, INC., a
Delaware corporation,

               Defendants.

    Plaintiff Gregory Bender, through counsel, hereby dismisses, without prejudice, the above-captioned action for patent infringement against Hitachi America, Ltd., Panasonic Corporation of North America, Samsung Semiconductor, Inc., and Toshiba America, Inc.

Dated: January 26, 2010               /S/
Piedmont, California       David N. Kuhn, Counsel for Plaintiff